NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NEUTRAL TANDEM, INC.,**
*Plaintiff-Appellant,*

v.

**PEERLESS NETWORK, LLC, PEERLESS NETWORK OF ILLINOIS, LLC, AND JOHN BARNICLE,**
*Defendants-Cross Appellants.*

---

2011-1144, -1181

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 08-CV-3402, Judge John W. Darrah.

---

## ON MOTION

---

## O R D E R

Neutral Tandem, Inc. moves for a 21-day extension of time, until April 29, 2011, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 0 5 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John R. Harrington, Esq.
David Rene' Yohannan, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 05 2011

**JAN HORBALY**
**CLERK**